No. 939.  LAFARGUE ET VIR v. SAMUEL ET AL.  C. A. 5th Cir.  Certiorari denied.  *John D. Lambert, Jr.,* for petitioners.  *Thomas L. Stennis II* for respondents.

No. 906.  HARRIS v. UNITED STATES.  C. A. 1st Cir. Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.  *Lawrence F. O'Donnell* for petitioner.  *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 854.  VALRIE v. UNITED STATES.  C. A. 9th Cir. Motion to dispense with printing petition granted.  Certiorari denied.  Petitioner *pro se.*  *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 868.  SMITH v. INDUSTRIAL ACCIDENT COMMISSION OF CALIFORNIA ET AL.  C. A. 9th Cir.  Motion to dispense with printing petition, and motion of respondent Workmen's Compensation Appeals Board (formerly Industrial Accident Commission) to dispense with printing its brief, granted.  Certiorari denied.  Petitioner *pro se.*  *Everett A. Corten* for respondent Workmen's Compensation Appeals Board.

No. 888.  HARRAH'S CLUB v. NATIONAL LABOR RELATIONS BOARD.  C. A. 9th Cir.  Motion of Nevada Resort Association et al. for leave to file a brief, as *amici curiae,* granted.  Certiorari denied.  *Nathan R. Berke* for petitioner.  *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent. *David H. Mendelsohn* for Nevada Resort Association et al., as *amici curiae,* in support of the petition.